PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arturo Medina                                           Cr.: 06-624 (DRD)

Name of Sentencing Judicial Officer: Edward C. Prado, U.S.D.J. for WD/TX

Date of Original Sentence: December 11, 2000

Original Offense: Conspiracy to Import a Controlled Dangerous Substance (18.7 pounds of Cocaine)

Original Sentence: 51 months imprisonment followed by 4 years supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: May 26, 2004

Assistant U.S. Attorney: U.S. Attorney's Office     Defense Attorney: Federal Public Defender's Office

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On November 29, 2006, Medina attempted to lure E.M., a 17 year old female, into his car by asking her for directions to a particular street and then asking her three times to get into his car. On November 30, 2006, Medina was arrested by officers of the Cliffside Park Police Department and charged with luring, encticing a child by various means, in violation of N.J.S. 2C:13-6, and unlawful possession of weapons (knife), in violation of N.J.S. 2C:39-5.

2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On November 30, 2006, Medina was arrested by officers of the North Bergen Police Department, for masturbating in his car near North Bergen's Public School # 3, while children were walking to the school on morning of October 12, 2006. Medina was charged with a lewdness, in violation of N.J.S. 2C:14-4B(1).

3           The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Medina has failed to submit *Monthly Supervision Reports* since May 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
U.S. Probation Officer
Date: 01/08/07

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: February 26, 2007 2:00 P.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 23, 2007
Date