PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision
## (Amended)

Name of Offender: Arturo Medina                                             Cr.: 06-624 (DRD)

Name of Sentencing Judicial Officer: Honorable Edward C. Prado, U.S.D.J. for WD/TX

Name of New Judicial Officer: Honorable Dickinson R. Debevoise, U.S. D. J.

Date of Original Sentence: December 11, 2000

Original Offense: Conspiracy to Import a Controlled Dangerous Substance (18.7 pounds of Cocaine)

Original Sentence: 51 months imprisonment followed by 4 years supervised release.

Type of Supervision: Supervised Release           Date Supervision Commenced: May 26, 2004

Assistant U.S. Attorney: U.S. Attorney's Office      Defense Attorney: Federal Public Defender's Office

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

| | |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On November 29, 2006, Medina attempted to lure E.M., a 17 year old female, into his car by asking her for directions to a particular street and then asking her three times to get into his car. On November 30, 2006, Medina was arrested by officers of the Cliffside Park Police Department and charged with luring, enticing a child by various means, in violation of N.J.S. 2C:13-6, and unlawful possession of weapons (knife), in violation of N.J.S. 2C:39-5.

Medina was sentenced on October 30, 2007, in Superior Court of New Jersey, Bergen County, to fines only ($375, to be paid through the Department of Probation) for the amended offense of Harassment (original charge was Lewdness observed by Children Under 13), under Summons# S-2007-750-0206. An additional charge of Lewdness was dismissed on this date. Additionally ordered by the court was no contact with victims, including all minors involved, as well as E.M.

Additionally, Medina was sentenced on October 30, 2007, in Superior Court of New Jersey, Bergen County, to fines only ($375, to be paid through the Department of Probation) for the amended offense of Harassment (original charge was Attempt to Lure or Entice a Minor into Motor Vehicle), under Indictment# 07-04-677. An additional charge of Unlawful Possession of Weapon-Other was dismissed on this date. Additionally ordered by the court was no contact with victims, including all minors involved, as well as E.M.

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On November 30, 2006, Medina was arrested by officers of the North Bergen Police Department, for masturbating in his car near North Bergen's Public School # 3, while children were walking to the school on morning of October 12, 2006. Medina was charged with a lewdness, in violation of N.J.S. 2C:14-4B(1).

Medina was sentenced on February 8, 2008, in Superior Court of New Jersey, Hudson County, to fines only ($325, to be paid by 02/02/08)) for the amended offense of Harassment (original charge was Lewdness), under Indictment# 351-02-07.

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

Medina has failed to submit *Monthly Supervision Reports* since May 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
U.S. Probation Officer
Date: 05/08/08     ?/C

THE COURT ORDERS:

[X] The Issuance of a Summons.
Date of Hearing: June 16, 2008  2:00 P.M
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 16, 2008
Date