PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Arturo Medina  **Docket Number:** 06-00624-001
**PACTS Number:** 36430

**Name of Original Sentencing Judicial Officer:** HONORABLE EDWARD C PRATO, U.S.D.J. for WD/TX

**Name of New Judicial Sentencing Officer:** DICKINSON R. DEBEVOISE, U.S.D.J.

**Date of Original Sentence:** 12/11/2000

**Original Offense:** CONSPIRACY TO IMPORT A CONTROLLED DANGEROUS SUBSTANCE, 21 U.S.C. 963

**Original Sentence:** 51 months imprisonment; 4 years supervised release.

**Date of Violation Sentence:** 05/22/08

**Violation Sentence:** 6 months imprisonment; 2 years supervised release

**Type of Supervision:** supervised release

**Date Violation Supervision Commenced:** 01/15/09   **Date Supervision Commenced:** 04/26/04

**Assistant U.S. Attorney:** U.S. Attorney's Office, 970 Broad Street, Newark, N.J., 07102, (973) 645-2700, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kenneth Rush, 1 University Plaza Drive, Hackensack, New Jersey, 07601, (201) 498-9474

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender did not report police contacts of January 16, 2009 and August 4, 2009, both with Edgewater Police, within seventy-two(72) hours. |

PROB 12C - Page 2
Arturo Medina

2        The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender submitted a false monthly supervision report for the month of January 2009, by answering "no' to the following question on side two, Part E of the document, "were you arrested or named as a defendant in any criminal case", when in fact he was arrested by Edgewater Police on an outstanding warrant from Cliffside Park on January 16, 2009.

The offender submitted a false monthly report for August 2009, by answering 'no" to the following question on side two, Part E of the document, "were you arrested or questioned by any law enforcement officer," when in fact he had contact with the Edgewater Police with respect to a tenant complaint on August 4, 2009, this according to the report prepared by Edgewater Police.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 10/8/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: November 16, 2009  2:00 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

October 13, 2009
Date