UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 06-624 |
| ARTURO MEDINA | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office (the "USPO") for a hearing regarding the failure of defendant Arturo Medina (Chris DeLorenzo, Esq., appearing) to comply with certain conditions of supervised release, which commenced on April 24, 2004; and the defendant having entered a guilty plea on November 16, 2009 to Count 2 of the petition charging the defendant with submitting a false report to the USPO, to wit, such report failed to inform the USPO that defendant had contact with police on or about August 4, 2009; and the defendant having come before the Court on March 15, 2009 for sentencing on this violation; and the defendant having complied with all other conditions of supervised release from November 16, 2009 to date; and for good cause shown,

IT IS on this 15th day of April, 2009,

ORDERED that the defendant is adjudged guilty of Count 2 of the petition;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

- 1 -

IT IS FURTHER ORDERED that the defendant is hereby sentenced to a term of supervised release, with all of the conditions originally imposed, to expire on January 14, 2011;

IT IS FURTHER ORDERED that Count 1 of the petition is hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

                                                    HONORABLE DICKINSON R. DEBEVOISE
United States District Judge